## KATHY GREENE *v.* COMMISSIONER OF CORRECTION

The petitioner Kathy Greene's petition for certification for appeal from the Appellate Court, 96 Conn. App. 854 (AC 26489), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Sebastian O. DeSantis*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided September 20, 2006

## DONALD E. COLE, JR. *v.* COMMISSIONER OF CORRECTION

The petitioner Donald E. Cole, Jr.'s, petition for certification for appeal from the Appellate Court, 96 Conn. App. 852 (AC 26503), is denied.

BORDEN, J., did not participate in the consideration or decision of this petition.

*John R. Williams*, in support of the petition.

*Proloy K. Das*, assistant state's attorney, in opposition.

Decided September 20, 2006